**FILED**

March 31, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ELIZABETH MORALES MEDEL, §
§
Plaintiff, §
§
v. §
§   NO. SA-24-CV-01435-OLG
§
MIGUEL LEIJA, JR. and §
GREYSTAR HEALTHCARE §
SERVICES, LLC, §
§
Defendants. §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation, filed February 24, 2026 (Dkt. No. 23), which recommends that Plaintiff's Unopposed Motion to Dismiss (Dkt. No. 19) be granted. Because no objections have been filed,[1] the Court has reviewed the R&R for clear errors and finds none. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made."). The Court therefore **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 23) and, for the reasons set forth therein, Plaintiff's Unopposed Motion to Dismiss (Dkt. No. 19) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on March ___31___, 2026.

ORLANDO L. GARCIA
United States District Judge

---

[1] Plaintiff was served with a copy of the R&R electronically, through counsel, and via certified mail on February 24, 2026. (Dkt. No. 24.) Any objections were therefore due, at the latest, by March 16, 2026. *See* FED. R. CIV. P. 72(b)(2) (providing 14 days from service to object).